# Court of Appeals
# of the State of Georgia

ATLANTA, January 14, 2021

*The Court of Appeals hereby passes the following order:*

**A21I0107. FERNANDO CASTILLO v. THE STATE.**

Fernando Castillo, who has been charged with rape and several related offenses, filed a motion for pre-trial bond. On October 14, 2020, the trial court denied the motion, and on October 21, 2020, the trial court issued a certificate of immediate review. Castillo then filed a direct appeal, which we dismissed due to Castillo's failure to comply with our interlocutory appeal procedures. Case No. A21A0726 (dismissed Dec. 22, 2020). Then, on December 23, 2020, Castillo filed this application for interlocutory review. We lack jurisdiction.

Under OCGA § 5-6-34 (b), an application for interlocutory appeal must be filed within ten days of obtaining a timely certificate of immediate review. See *Genter v. State*, 218 Ga. App. 311, 311 (460 SE2d 879) (1995); *Graves v. Dean*, 166 Ga. App. 186, 186 (303 SE2d 751) (1983). Because this application was filed 63 days after entry of the certificate of immediate review, it is untimely. Accordingly, this application is hereby DISMISSED. See *Genter*, supra; *Graves*, supra.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 01/14/2021
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, Clerk.